# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| IRIS DEL CARMEN CASTILLO,<br><br>            Plaintiff,<br>     v.<br>SOCIAL SECURITY COMMISSIONER,<br><br>            Defendant.<br>_____/ | No. C 10-4407 MEJ<br><br>**ORDER RE: CASE STATUS** |

On September 30, 2010, Plaintiff Iris Del Carmen Castillo filed the above-captioned case, seeking review of a decision by the Secretary of Health and Human Services denying Social Security benefits. Since that time, there has been no further docket activity, and there is no indication that Defendant has been served. Accordingly, the Court ORDERS Plaintiff to file a status report by May 19, 2011.

**IT IS SO ORDERED.**

Dated: April 28, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IRIS DEL CARMEN CASTILLO,

        Plaintiff,

  v.

SOCIAL SECURITY COMMISSIONER et al,

        Defendant.
                                           /

Case Number: CV10-4407 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Iris Del Carmen Castillo
769 Cinnamon Court
Hayward, CA 94544

Dated: April 28, 2011

                                          Richard W. Wieking, Clerk
                                          By: Brenda Tolbert, Deputy Clerk