UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| IRIS DEL CARMEN CASTILLO, | No. C 10-4407 MEJ |
| Plaintiff, | **ORDER** |
| v. | |
| SOCIAL SECURITY COMMISSIONER, | |
| Defendant. | |
| _____/ | |

On September 30, 2010, Plaintiff Iris Del Carmen Castillo filed the above-captioned case, seeking review of a decision by the Secretary of Health and Human Services denying Social Security benefits. On April 28, 2011, finding no indication that Defendant had been served, the Court ordered Plaintiff to file a status report by May 19, 2011. Dkt. No. 3.

The Court is now in receipt of Plaintiff's status report. Dkt. No. 4. Good cause appearing, the Court shall permit the case to proceed. The parties shall comply with the September 29, 2010 Procedural Order for Social Security Review Actions. Dkt. No. 2.

**IT IS SO ORDERED.**

Dated: April 28, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IRIS DEL CARMEN CASTILLO,

        Plaintiff,

  v.

SOCIAL SECURITY COMMISSIONER et al,

        Defendant.
                                     /

Case Number: CV10-4407 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Iris Del Carmen Castillo
769 Cinnamon Court
Hayward, CA 94544

Dated: May 17, 2011

                                    Richard W. Wieking, Clerk
                                    By: Brenda Tolbert, Deputy Clerk