UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| IRIS DEL CARMEN CASTILLO,<br><br>             Plaintiff,<br>   v.<br>MICHAEL ASTRUE,<br><br>             Defendant.<br>_____/ | No. C 10-4407 MEJ<br><br>**ORDER SETTING SERVICE DEADLINE** |

    This case has been pending since September 30, 2010, yet Plaintiff has failed to properly serve Defendant. Accordingly, the Court ORDERS Plaintiff to complete service of process by April 19, 2012. Failure to complete service of process may result in dismissal of this case.

    Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, either by calling (415.782.9000, extension 8657) or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help but not legal representation.

    **IT IS SO ORDERED.**

Dated: February 16, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IRIS DEL CARMEN CASTILLO,

                Plaintiff(s),

  v.

MICHAEL ASTRUE,

                Defendant(s).
                                          /

No. C 10-04407 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Iris Del Carmen Castillo
769 Cinnamon Court
Hayward, CA 94544

Dated: February 16, 2012

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk